ATTN: Clerk of The Court, 10-31-05, 4:20 pm

Re: Case No. 1:04CR00065-01T

I, Dara Veng, Reg. No. 05472-070 am writing the Court to request/obtain a full and complete copy of my plea colloquy and sentencing hearing(s) transcripts. If this Court is no longer in possession of these documents, please inform me who is and how to contact them.

Thank you for your time, efforts and patience in addressing this matter for me.

Sincerely,

Dara Veng
05472-070