UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff

vs.                                              C.R. No. 04-65T

DARA VENG,
Defendant

### ORDER

Defendant's Motion for Transcripts is hereby DENIED. The Defendant is represented by counsel and therefore the motion is improper.

By Order:

_____
Deputy Clerk

ENTER:

_____
Chief Judge Ernest C. Torres
date: 12/7/05