**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,
Plaintiff

vs. C.R. No. 04-65T

DARA VENG,
Defendant

**ORDER**

Defendant's Motion for Transcripts is hereby DENIED. The Defendant is represented by counsel and therefore the motion is improper.

By Order:

Deputy Clerk

ENTER:

Ernest C Torres
Chief Judge Ernest C. Torres
date: 12/7/05